Richard B. Jolley, WSBA #23473
Stewart A. Estes, WSBA # 15535
Brian C. Augenthaler, WSBA # 44022
Keating, Bucklin & McCormack, Inc., P.S.
801 2nd Avenue, Suite 1210
Seattle, WA 98104
(206) 623-8861

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| The Estate of ROBERT BRADLEY, deceased; KESHIA HAHN, as Personal Representative of the Estate; R.Par.B., minor child of ROBERT BRADLEY, deceased, by and through his legal guardian, KESHIA HAHN; AND R.Pat.B., minor child of ROBERT BRADLEY, deceased, by and through his legal guardian, KESHIA HAHN,<br><br>                              Plaintiffs,<br><br>          v.<br><br>CITY OF SPOKANE, a political subdivision of the State of Washington; TREVOR WALKER, individually and in his official capacity; CHRISTOPHER JOHNSON, individually and in his official capacity; AND JOHN and JANE DOES 1-40, individually and in their official capacities, inclusive,<br><br>                              Defendants. | No. 2:24-cv-00189<br><br>DEMAND FOR JURY TRIAL |

Defendants hereby demand trial by jury in this action.

DEMAND FOR JURY TRIAL - 1
23-2-00945-32
1053-00014/678688

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

DATED:  June 3, 2024

1    KEATING, BUCKLIN & McCORMACK, INC., P.S.

2

3    By: */s/ Richard B. Jolley*
      Richard B. Jolley, WSBA #23473
4    *Stewart A. Estes, WSBA # 15535*
     *Brian C. Augenthaler, WSBA # 44022*
5    *Attorneys for Defendants CITY OF SPOKANE,*
     *TREVOR WALKER and CHRISTOPHER JOHNSON*
6

7    801 Second Avenue, Suite 1210
     Seattle, WA  98104-1518
8    Phone: (206) 623-8861
     Fax:    (206) 223-9423
9    Email: rjolley@kbmlawyers.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DEMAND FOR JURY TRIAL - 2
23-2-00945-32
1053-00014/678688

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**

Rondi J. Thorp, WSBA # 32872
David E. Turplesmith, WSBA # 32873
Jodi D. Thorp, WSBA # 59749
Meyer Thorp Attorneys at Law, PLLC
P.O. Box 87
Spokane, WA  99210
Tel: 509-533-1511
Fax: 509-343-3366
Email:  rondi@meyerthorp.com
david@meyerthorp.com
jodi@cjtrlaw.com
mistina@meyerthorp.com
ashlyn@cjtrlaw.com

DATED:  June 3, 2024

*/s/ Sydney McCrorie*
Sydney McCrorie, *Legal Assistant*

DEMAND FOR JURY TRIAL - 3
23-2-00945-32
1053-00014/678688

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423