The Honorable Mary K. Dimke

Stewart A. Estes, WSBA #15535
Brian C. Augenthaler, WSBA #44022
Richard B. Jolley, WSBA #23473
Keating, Bucklin & McCormack, Inc., P.S.
1201 Third Avenue, Suite 1580
Seattle, Washington 98101
(206) 623-8861

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| The Estate of ROBERT BRADLEY, deceased; KESHIA HAHN, as Personal Representative of the Estate; R.Par.B., minor child of ROBERT BRADLEY, deceased, by and through his legal guardian, KESHIA HAHN; AND R.Pat.B., minor child of ROBERT BRADLEY, deceased, by and through his legal guardian, KESHIA HAHN,<br>                    Plaintiffs,<br>v.<br><br>CITY OF SPOKANE, a political subdivision of the State of Washington; TREVOR WALKER, individually and in his official capacity; CHRISTOPHER JOHNSON, individually and in his official capacity; AND JOHN and JANE DOES 1-40, individually and in their official capacities, inclusive, | No. 2:24-cv-00189-MKD<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS RE: BRADLEY PLAINTIFFS' COMPLAINT<br><br>NOTED FOR DECISION 01/31/2025<br>*Without Oral Argument* |

[PROPOSED] ORDER GRANTING DEFS' MOTION FOR JUDGMENT ON THE PLEADINGS RE: BRADLEY PLTFS' COMPLAINT - 1
2:24-cv-00189-MKD
1053-00014/732415

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

|   |   |
|---|---|
| 1 | Defendants. |
| 2 | SARAH MCLAUGHLIN, individually, |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | CITY OF SPOKANE, a political subdivision of the State of Washington; TREVOR WALKER, individually and in his official capacity; CHRISTOPHER JOHNSON, individually and in his official capacity; and JOHN and JANE DOES 1-40, individually and in their official capacities, inclusive, |
| 10 | |
| 11 | Defendants. |

This matter having come before the Court on *Defendants' Motion for Judgment on the Pleadings Re: Bradley Plaintiffs' Complaint*, and the Court having considered the Motion and argument, and the following pleadings:

1. *Defendants' Motion for Judgment on the Pleadings Re: Bradley Plaintiffs' Complaint*;

2. *Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings Re: Bradley Plaintiffs' Complaint, if any*;

---

[PROPOSED] ORDER GRANTING DEFS' MOTION FOR JUDGMENT ON THE PLEADINGS RE: BRADLEY PLTFS' COMPLAINT - 2
2:24-cv-00189-MKD
1053-00014/732415

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

3. *Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings Re: Bradley Plaintiffs' Complaint, if any*;

4.

5.

6.

7.

And this Court finding itself fully informed, hereby **GRANTS** Defendants' *Motion for Judgment on the Pleadings Re: Bradley Plaintiffs' Complaint*. The following claims are dismissed with prejudice:

Violation of the State Constitution;

Negligent Training, Hiring, Supervision, or Discipline;

Washington Law Against Discrimination;

Negligent Use of Deadly Force;

Negligent Infliction of Emotional Distress;

Substantive Due Process "Purpose to Harm";

*Monell* Section 1983 Claim against City of Spokane;

Americans with Disabilities Act;

Loss of Consortium;

[PROPOSED] ORDER GRANTING DEFS' MOTION FOR JUDGMENT ON THE PLEADINGS RE: BRADLEY PLTFS' COMPLAINT - 3
2:24-cv-00189-MKD
1053-00014/732415

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

Wrongful Death;

Prejudgment interest.

DONE IN OPEN COURT THIS ____ DAY OF _____ 2025.

_____
The Honorable Mary K. Dimke

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Stewart A. Estes*
Stewart A. Estes, WSBA No. 15535
Brian C. Augenthaler, WSBA # 44022
Richard B. Jolley, WSBA # 23473
Attorneys for Defendants

[PROPOSED] ORDER GRANTING DEFS' MOTION FOR JUDGMENT ON THE PLEADINGS RE: BRADLEY PLTFS' COMPLAINT - 4
2:24-cv-00189-MKD
1053-00014/732415

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423