Rondi J. Thorp, WSBA #32872
David E. Turplesmith, WSBA #32873
Jodi D. Thorp, WSBA #59749
Meyer Thorp, Attorneys at Law, PLLC
PO Box 87
Spokane, WA 99210
(509) 533-1511

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| The Estate of ROBERT BRADLEY, deceased; KESHIA HAHN, as Personal Representative of the Estate; R.Par.B., minor child of ROBERT BRADLEY, deceased, by and through his legal guardian, KESHIA HAHN; AND R.Pat.B., minor child of ROBERT BRADLEY, deceased, by and through his legal guardian, KESHIA HAHN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SPOKANE, a political subdivision of the State of Washington; TREVOR WALKER, individually and in his official capacity; CHRISTOPHER JOHNSON, individually and in his official capacity; AND JOHN and JANE DOES 1-40, individually and in their official capacities, inclusive.<br><br>Defendants. | No. 2:24-cv-00189<br><br>[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS'MOTION FOR JUDGMENT ON THE PLEADINGS RE: BRADLEY PLAINTIFFS' COMPLAINT |

Proposed Order on Mtn for Judgment
on the Pleadings        -1

This matter having come before the Court on Defendants' Motion for Judgment on the Pleadings Re: Bradley Plaintiffs' Complaint, and the Court having considered the Motion, case file, Plaintiffs' Response/Opposition to Defendants' Motion and Defendants' Reply to Plaintiffs' Response/Opposition, and the arguments of counsel;

The Court, having been fully informed, hereby Grants, in Part and, Denys, in Part Defendants' Motion for Judgment on the Pleadings Re: Bradley Plaintiffs' Complaint.

The following claims and or issues are dismissed with prejudice:

-Washington Law Against Discrimination Claims;
-Americans with Disabilities Act Claims;
-Loss of Consortium Claims (but not Loss of Consortium as a remedy/damages issue);

The following Motions to Dismiss are denied:

-Negligent Training, Hiring, Supervision, or Discipline;
-Negligent Use of Deadly Force;
-Negligent Infliction of Emotional Distress;
-Substantive Due Process/Familial Association;
-*Monell* 42 USC §1983 claim against City of Spokane
-Wrongful Death

SO ORDERED THIS _____ DAY OF _____2025

_____
The Honorable Mary K. Dimke
District Court Judge

Proposed Order on Mtn for Judgment
on the Pleadings     -2

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2205, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for the Defendants**

Richard B. Jolley, WSBA #23473
Stewart A. Estes, WSBA #15535
Brian C. Augenthaler, WSBA #44022
Keating, Bucklin & McCormack, Inc., P.S.

Email: rjolley@kbmlawyers.com
BAugenthaler@kbmlawyers.com
sestes@kbmlawyers.com
TCaceres@kbmlawyers.com
LMartin@kbmlawyers.com
smccrorie@@kbmlawyers.com

**Attorneys for Plaintiff Sarah McLaughlin**

Meghan M. Driscoll, WSBA No. 49863
John Francis Connelly, WSBA No. 60196
CONNELLY LAW OFFICES
Email: mdriscoll@connelly-law.com, Nleth@connelly-law.com, jfconnelly@connelly-law.com

DATED: January 7, 2025

_____/s/_____
David Turplesmith, Attorney

Proposed Order on Mtn for Judgment
on the Pleadings         -3