FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH MCLAUGHLIN,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF SPOKANE, et al.,<br><br>        Defendants. | No. 2:24-CV-189-MKD<br><br>ORDER OF DISMISSAL AS TO SARAH MCLAUGHLIN<br><br>**ECF No. 57** |
| THE ESTATE OF ROBERT BRADLEY, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF SPOKANE, et al.,<br><br>        Defendants. | |

Before the Court is Plaintiff Sarah McLaughlin and Defendants' Stipulated Motion to Dismiss Sarah McLaughlin. ECF No. 57. Plaintiff Sarah McLaughlin and Defendants stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party.

ORDER - 1

1  Fed. R. Civ. P. 41(a)(2) provides that "an action may be dismissed at the

2  plaintiff's request only by court order, on terms that the court considers proper."

3  Because the Court concludes the parties' proffered terms—dismissal with

4  prejudice and without an award of attorneys' fees or costs to any party—are

5  proper, the Court grants the motion.

6  Accordingly, **IT IS SO ORDERED:**

7  1. The Stipulated Motion to Dismiss Sarah McLaughlin, **ECF No. 57**, is

8  **GRANTED**.

9  2. Pursuant to Rule 41(a)(2) and the parties' stipulation, Plaintiff Sarah

10  McLaughlin's claims are **DISMISSED with prejudice**, without an award of fees

11  or costs.

12  3. All pending dates and deadlines as to Plaintiff Sarah McLaughlin are

13  **STRICKEN**.

14  **IT IS SO ORDERED.** The District Court Executive is directed to enter this

15  Order, terminate Plaintiff Sarah McLaughlin from this action, and provide copies

16  to counsel.

17  DATED March 25, 2025.

18  <u>s/Mary K. Dimke</u>
MARY K. DIMKE
19  UNITED STATES DISTRICT JUDGE

20

ORDER - 2