```
1  Rondi J. Thorp, WSBA #32872
2  David E. Turplesmith, WSBA #32873
   Jodi D. Thorp, of counsel, WSBA #59749
3  Meyer Thorp, Attorneys at Law, PLLC
4  PO Box 87
   Spokane, WA 99210
5  (509) 533-1511
6
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
HONORABLE JUDGE DIMKE

| | |
|---|---|
| The Estate of ROBERT BRADLEY, deceased; KESHIA HAHN, as Personal Representative of the Estate; R.Par.B., minor child of ROBERT BRADLEY, deceased, by and through his legal guardian, KESHIA HAHN; AND R.Pat.B., minor child of ROBERT BRADLEY, deceased, by and through his legal guardian, KESHIA HAHN,<br><br>                Plaintiffs,<br><br>vs.<br><br>CITY OF SPOKANE, a political subdivision of the State of Washington; TREVOR WALKER, individually and in his official capacity; CHRISTOPHER JOHNSON, individually and in his official capacity; AND JOHN and JANE DOES 1-40, individually and in their official capacities, inclusive.<br><br>                Defendants. | No. 2:24-cv-00189<br><br>STATUS RE: SETTLEMENT |

Status re: Settlement-1

Plaintiffs file the following status report regarding settlement in the above-captioned case per the Court's June 19, 2025, minute order [ECF 97].

Defendants sought approval of the settlement from the City of Spokane. The City Council approved the settlement on July 28, 2025. The parties are working to finalize the settlement.

DATED: August 4, 2025

By: /s/ *Jodi Thorp*_____
JODI THORP, WSBA No. 59749
*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

DATED: August 4, 2025

*/s/ Jodi Thorp*
_____
Jodi Thorp
Attorneys for Plaintiffs

Status re: Settlement-3