FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ESTATE OF ROBERT BRADLEY, et al., <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF SPOKANE, et al., <br><br>Defendants. | No. 2:24-CV-00189-MKD <br><br> ORDER GRANTING STIPULATED MOTION TO DISMISS <br><br> **ECF No. 103** |

Before the Court is the parties' Stipulated Motion to Dismiss. ECF No. 103. The parties stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party. Fed. R. Civ. P. 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Because the Court concludes the parties' proffered terms—dismissal with prejudice and without an award of attorneys' fees or costs to any party—are proper, the Court grants the motion.

Accordingly, **IT IS SO ORDERED:**

1. The parties' Stipulated Motion to Dismiss, **ECF No. 103**, is **GRANTED**.

ORDER - 1

2. Pursuant to Rule 41(a)(2) and the parties' stipulation, Plaintiffs' claims are **DISMISSED with prejudice**, without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED December 30, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2